IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>      Defendant. )<br>) | Civil Action No. 05-1913 RJL |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

The Plaintiff hereby respectfully moves pursuant to Rule 55 of the Federal Rules of Civil Procedure for default judgment on all claims. In support of her Motion the Plaintiff submits the attached Memorandum.

WHEREFORE, the Plaintiff respectfully requests judgment in her favor on all claims and an order ordering the Defendant:

1) to fund and place T.P. at Rock Creek Academy;

2) to fund independent psychoeducational, speech/language, occupational therapy and Vineland evaluations and a functional behavioral assessment of T.P.;

3) within 10 days of receipt of these evaluations, to convene a Multi-Disciplinary Team Meeting in order to review the evaluations, to develop an appropriate Individualized Education Program for T.P., and to develop an appropriate compensatory education plan for T.P. based on the Defendant's failure to provide T.P. with a free appropriate public education;

4) to pay the Plaintiff's reasonable attorneys' fees and costs incurred in bringing the administrative hearing and this action.

Respectfully submitted,

/s/ _____
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK,<br>       Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>       Defendant. | )<br>)<br>)<br>)   Civil Action No. 05-1913<br>)   RJL<br>)<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT**

The Plaintiff filed her complaint on September 28, 2005. The Plaintiff served her complaint on the Defendant on October 14, 2005.

The Defendant has not filed an Answer. The Defendant has not contacted Plaintiff's counsel regarding this case.

In accordance with Rule 55 of the Rules of Civil Procedure, the Court should enter a default and a default judgment against the Defendant and order the relief requested in the Plaintiff's Motion.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038