**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALICE PEAK, | ) |
|     Plaintiff, | ) |
| v. | )    Civil Action No. 05-1913 (RJL) |
| DISTRICT OF COLUMBIA, | ) |
|     Defendant. | ) |

**<u>ORDER</u>**

Upon consideration of Defendant's Opposition to Plaintiff's Motion for Default Judgment, Plaintiff's response, if any, and the record in this proceeding, it is, this ____ day of _____, 2006,

    ORDERED: that Plaintiff's Motion for Default Judgment is hereby DENIED.

_____
UNITED STATES DISTRICT JUDGE