UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1913 (RJL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S ANSWER TO COMPLAINT**

Defendant District of Columbia, by counsel, here answers Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. The allegations contained in paragraph 1 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied, except that Defendant admits the existence of the cited statute.

2. Defendant admits the existence of the statues referenced in paragraph 2 of the Complaints. The remaining allegations are conclusions of the pleader to which no response is required. If a response is required, they are denied.

3. Defendant admits that the plaintiff participated in an impartial administrative hearing and denies the remaining allegations in the first sentence of paragraph 3 of the Complaint. Defendant admits the allegations in the second sentence of paragraph 3 of the complaint.

4. Defendant admits the allegations in paragraph 4 of the Complaint.

5. Defendant denies the allegations in paragraph 5 of the Complaint.

6. Defendant admits the allegations in paragraph 6 of the Complaint.

7. Defendant is without sufficient information to admit or deny the allegations in paragraph 7 of the Complaint.

8. Defendant admits the allegations contained in paragraph 8 of the Complaint except for the characterization that the report as "purported."

9. Defendant admits the allegations contained in paragraph 9 of the Complaint except for the characterization of the report as "purported."

10. Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 11 of the Complaint.

12. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 12 of the Complaint.

13. Defendant denies the allegations contained in paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in paragraph 14 of the Complaint.

15. Defendant denies the allegations contained in paragraph 15 of the Complaint.

16. Defendant admits the allegations contained in paragraph 16 of the Complaint.

17.   Defendant denies the allegations contained in paragraph 17 of the Complaint.

18.   Defendant denies the allegations contained in paragraph 18 of the Complaint.

19.   Defendant denies the allegations contained in paragraph 19 of the Complaint.

20.   Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 19 above.

21.   Defendant admits the existence of the statute cited in paragraph 21 which speaks for itself.

22.   Defendant denies the allegations contain in paragraph 22 of the Complaint.

23.   Defendant denies the allegations contain in paragraph 23 of the Complaint.

24.   Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 23 above.

25.   The allegations in paragraph 25 are characterizations of the statute by the pleader to which no response is required; the statute speaks for itself.

26.   Defendant denies the allegations contain in paragraph 26 of the Complaint.

27.   Defendant denies the allegations contain in paragraph 27 of the Complaint.

28. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 27 above.

29. The allegations in paragraph 29 are characterizations of the statute by the pleader to which no response is required; the statute speaks for itself.

30. Defendant denies the allegations contain in paragraph 30 of the Complaint.

31. Defendant denies the allegations contain in paragraph 31 of the Complaint.

32. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 31 above.

33. The allegations in paragraph 33 are characterizations of the statute by the pleader to which no response is required; the statute speaks for itself.

34. Defendant denies the allegations contain in paragraph 34 of the Complaint.

35. Defendant denies the allegations contain in paragraph 35 of the Complaint.

BY WAY OF FURTHER ANSWER, Defendants deny all allegations of wrong-doing not otherwise responded to or admitted.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## **SECOND AFFIRMATIVE DEFENSE**

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

WHEREFORE, Defendant demands that the Complaint be dismissed and that Defendant be awarded the expense of litigation, costs, and interest, and such other relief as the Court deems just and proper.

                  Respectfully submitted,

                  ROBERT J. SPAGNOLETTI
                  Attorney General of the District of Columbia

                  GEORGE C. VALENTINE
                  Deputy Attorney General
                  Civil Litigation Division

                  **/s/ Edward P. Taptich**
                  EDWARD P. TAPTICH [#012914]
                  Chief, Equity Section II

                  **/s/ Carol E. Burroughs**
                  CAROL E. BURROUGHS [#415432]
                  Assistant Attorney General
                  441 Fourth Street, N.W.
                  Sixth Floor South
                  Washington, D.C. 20001
                  (202) 724-6520
                  Fax:  202-727-0431
**January 25, 2006**                  Email:  Carol. Burroughs@dc.gov