IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,<br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 05-1913<br>) RJL<br>)<br>)<br>)<br>) |

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

The Plaintiff hereby respectfully responds to this Court's Order to Show Cause and states as follows:

Until receiving the Court's Order, Plaintiff's counsel had erroneously been waiting for the Court to schedule a scheduling conference. In the interim, Plaintiff's counsel had obtained the full administrative transcript.

After receiving the Order, Plaintiff's counsel carefully reviewed the case history and (re)discovered the provision of the Court's initial Order ordering the Parties to submit their joint 16.3 statement. Counsel for the Parties have never discussed that provision.

Plaintiff's counsel apologizes for this oversight.

For unrelated reasons, the Plaintiff is voluntarily dismissing her case in a separate filing.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038

1