IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK,<br>　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 05-1913<br>)　RJL<br>)<br>)<br>)<br>) |

## NOTICE AND STIPULATION OF DISMISSAL

Plaintiff Alice Peak, on behalf of her minor ward T.P., hereby stipulates to the dismissal of all claims and states as follows:

1) Neither Ms. Peak nor her minor ward will be harmed by the dismissal.

2) The Defendant has made no counter claims, so it will not be harmed by the dismissal.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC 20008
(202) 332-0038

1